STEVEN M. HERTZ
ELIOT J. CHERSON
MICHAEL C. ROSENTHAL
MICHAEL A. STEINER
ROBERT I. MILLER
KERRY S. GLASGOLD
GREGORY T. SMITH
HOWARD S. LEVINE
STAFFORD LISS

OF COUNSEL:
JEFFREY M. STEINITZ

# HERTZ, CHERSON & ROSENTHAL, P.C.

ATTORNEYS AT LAW

118-35 QUEENS BOULEVARD, 9TH FLOOR
FOREST HILLS, NY 11375
PHONE (718) 261-7700 • FAX: (718) 269-0075
HOWARD.LEVINE@RHCRLAW.COM
WWW.RHCRLAW.COM

DAVID I. PAUL
HALEH AHDOUT
MARIANNE NUNZIATA
JANET GOLDSTEIN
BARBARA J. FRANKFURT
GEORGIA PAPAZIS
VIJAY M. KITSON
DAVID TROUPP
ERICA KASS
GREGORY S. LISS
MITCHELL E. COHEN
HEATH TYGAR

February 11, 2020

**VIA ELECTRONIC FILING**
Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

  Re: El San Juan City Island on 5th Ave LLC
     <u>Case No. 20-10103-jlg</u>

Dear Judge Garrity:

  Please be advised that my firm represents La Casa Quinta L.P., owner of real property located at 1429 Fifth Avenue, New York, New York 10035 (the "Property"). Debtor, El San Juan City Island on 5th Ave LLC ("Debtor") occupies the commercial space at the Property.

  This letter is submitted in support of an application pursuant to 11 USC 362(c)(4)(a)(ii), et seq., which states: "on the request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect."

  The history of this Debtor is more fully set forth in the accompany declaration. Nonetheless, the instant bankruptcy filing is the third in a twelve month period, the first two were dismissed (19-10904-mg and 19-13192-jlg).

  Therefore, it is most respectfully requested that this Court issue the Proposed Order.

                    Respectfully submitted,

                    Gregory S. Liss

Enc.
cc: Norma E. Ortiz, Esq., attorney for Debtor
   El San Juan City Island on 5th Ave LLC
   United States Trustee